Kimberly E. Colwell, Esq. (SBN: 127604)
kcolwell@meyersnave.com
Kevin E. Gilbert, Esq. (SBN: 209236)
kgilbert@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA  94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants
COUNTY OF NAPA, CITY OF AMERICAN CANYON, AMERICAN CANYON POLICE OFFICERS NICOL DUDLEY, CHRIS ROBERTS, GEOFFREY ROCHESTER and SERGEANT MIKE COLLINS

Andrew C. Schwartz, Esq. (SBN: 64578)
schwartz@cmslaw.com
Nick Casper, Esq. (SBN: 244637)
ncasper@cmslaw.com
CASPER, MEADOWS, SCHWARTZ & COOK
2121 North California Blvd., Suite 1020
Walnut Creek, CA  94596
Telephone: (925) 947-1147
Facsimile: (925) 947-1131

Attorney for Plaintiff
MARIA BELEN FUENTES

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA BELEN FUENTES,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF NAPA; CITY OF AMERICAN CANYON; AMERICAN CANYON POLICE OFFICERS NICOL DUDLEY, CHRIS ROBERTS, ROCHESTER, and SERGEANT COLLINS, sued in their individual capacities and as employees of Napa County and City of American Canyon; and DOES ONE through THIRTY,<br><br>    Defendants. | Case No: C 09-05122 SBA<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; ORDER** |

Stipulation for Dismissal of Entire Action With Prejudice; [Proposed] Order [C09-05122 SBA]

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff MARIA BELEN FUENTES and Defendants COUNTY OF NAPA, CITY OF AMERICAN CANYON, AMERICAN CANYON POLICE OFFICERS NICOL DUDLEY, CHRIS ROBERTS, GEOFFREY ROCHESTER and SERGEANT MIKE COLLINS, by and through their counsel of record, respectfully submit the present Stipulation dismissing Plaintiff's Complaint in Case No. C09-05122 SBA.  The parties further agree that Plaintiff and Defendants shall bear their own costs associated with the maintenance and defense of Case No. C09-05122 SBA.

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. <u>Dismissal with prejudice</u>.  Plaintiff MARIA BELEN FUENTES dismisses with prejudice her Complaint in Case No. C09-05122 SBA captioned "MARIA BELEN FUENTES, Plaintiff v. COUNTY OF NAPA; CITY OF AMERICAN CANYON; AMERICAN CANYON POLICE OFFICERS NICOL DUDLEY, CHRIS ROBERTS, ROCHESTER, and SERGEANT COLLINS, sued in their individual capacities and as employees of Napa County and City of American Canyon; and DOES ONE through THIRTY," presently pending before this Court.

2. <u>Costs</u>.  Plaintiff and Defendants shall bear their own costs and fees incurred in the prosecution and defense of Case No. C09-05122 SBA.  In no event shall any party to Case No. C09-05122 SBA be entitled to recover from or be required to pay to any adverse party fees, costs, or any other remuneration emanating out of this action as a result of the instigation, prosecution, defense or dismissal with prejudice of Case No. C09-05122 SBA.

**IT IS SO STIPULATED**

Dated:  December 9, 2010          MEYERS, NAVE, RIBACK, SILVER & WILSON

                                  By: _____
                                      Kevin E. Gilbert
                                      Attorney for Defendants

Dated:  December 9, 2010          CASPER, MEADOWS, SCHWARTZ & COOK

                                  By: _____
                                      Nick Casper, Esq.
                                      Attorney for Plaintiff

1

Stipulation for Dismissal of Entire Action With Prejudice; [Proposed] Order [C09-05122 SBA]

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Pursuant to the parties' Stipulation, Plaintiff's Complaint on file herein is hereby dismissed, with prejudice, each side to bear its own costs/fees.  The Clerk of the Court is hereby directed to close the file.

**IT IS SO ORDERED**

Dated: 12/14/10

*Saundra B. Armstrong*
HONORABLE SAUNDRA BROWN ARMSTRONG

1559987_1.DOC